# United States Court of Appeals for the Federal Circuit

---

**MAQUET CARDIOVASCULAR LLC,**
*Plaintiff-Appellant*

**v.**

**ABIOMED INC., ABIOMED R&D, INC., ABIOMED EUROPE GMBH,**
*Defendants-Appellees*

---

2023-2045

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:17-cv-12311-FDS, Judge F. Dennis Saylor, IV.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

March 21, 2025
Date

Jarrett B. Perlow
Clerk of Court